```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ KYLE REARDON
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2700
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-0131 GEB |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 2252 |
| v. | ) (a)(2) - Receipt and |
| | ) Distribution of Child |
| | ) Pornography; 18 U.S.C. § |
| MARK ALLEN CLINE, | ) 2252(a)(4)(B) - Possession of |
| | ) Child Pornography; 18 U.S.C. § |
| Defendant. | ) 2253 - Criminal Forfeiture |

# I N D I C T M E N T

**COUNT ONE:** [18 U.S.C. § 2252(a)(2) - Receipt and Distribution of Child Pornography]

The Grand Jury charges: T H A T

MARK ALLEN CLINE,

defendant herein, between on or about March 10, 2010, and on or about December 15, 2010, in San Joaquin County, State and Eastern District of California, and elsewhere, did knowingly receive and distribute visual depictions using a means and facility of interstate and foreign commerce, and that had been transported in and affecting interstate and foreign commerce, and which contained materials which had been so transported, by any means, including by computer, where the production

1

of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT TWO:   [18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography]

The Grand Jury further charges:   T H A T

MARK ALLEN CLINE,

defendant herein, on or about December 22, 2010, in San Joaquin County, State and Eastern District of California, did knowingly possess and knowingly access with intent to view, matter which contained visual depictions that had been transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so transported, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaged in sexually explicit conduct and such visual depictions were of such conduct, as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction for violating 18 U.S.C. §§ 2252(a)(2) and/or 2252(a)(4)(B), as alleged in Counts One and Two respectively, defendant MARK ALLEN CLINE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, his interest in any and all matter which contains visual depictions produced, transported, mailed, shipped, or received in violation thereof; any property constituting or traceable to gross profits or other proceeds

the defendant obtained as a result of the aforementioned violations; and any and all property used or intended to be used to commit and to promote the commission of the aforementioned violations, including but not limited to the following: One HP Pavilion laptop computer.

If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## MARK ALLEN CLINE

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2252 (a) (2) -
Receipt and Distribution of Child Pornography;
18 U.S.C. § 2252 (a) (4) (B) - Possession of Child Pornography;
18 U.S.C. § 2253 - Criminal Forfeiture

*A true bill,*

_____/S/_____
*Foreman.*

*Filed in open court this* _ _ _ _ _ 17 _ _ _ _ _ _ _ _ *day*

*of* _ _ _ MArch _ _ _ _ _, A.D. 20 11 _ _ _

_____
*Clerk.*

~~WARRANT. NO BAIL PENDING HEARING~~

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

_____

# PENALTY SLIP

**DEFENDANT:** MARK ALLEN CLINE

**COUNT ONE:**
VIOLATION: 18 U.S.C. § 2252 (a) (2) - Receipt and Distribution of Child Pornography

PENALTY: Not more than $250,000 Fine; or
Not less than 5 years imprisonment or not more than 20 years of Imprisonment, or both;
5 Years to Life supervised release.

**COUNT TWO:**
VIOLATION: 18 U.S.C. § 2252 (a) (4) (B) - Possession of Child Pornography

PENALTY: Not more than $250,000 fine; or
Not more than 10 years imprisonment, or both;
5 Years to Life supervised release.

**FORFEITURE ALLEGATION:**
VIOLATION: 18 U.S.C. § 2253 - Criminal Forfeiture
PENALTY: As stated in indictment.

ASSESSMENT: $100 special assessment for each count