


1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:11-cr-0131 GEB
                          )
            Plaintiff,    )
                          )
       v.                 ) ORDER TO SEAL
                          )
MARK ALLEN CLINE,         ) (UNDER SEAL)
                          )
            Defendant.    )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the government gives written notice to the Clerk's Office of defendant's arrest or until further order of the Court.

DATED: 3/17/4

_____
DALE A. DROZD
United States Magistrate Judge

1