FILED

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SEALED,<br><br>           Defendant. | 2:11-cr-0131 GEB<br><br>SEALED |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the government gives written notice to the Clerk's Office of defendant's arrest or until the further order of the Court.

DATED: 3/17/11

_____
DALE A. DROZD
United States Magistrate Judge

1