BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br> MARK ALLEN CLINE,               )<br>                                 )<br>         Defendant.              )<br>_____) | D.C. NO. 2-11-CR-0131 GEB<br><br>APPLICATION AND ORDER<br>FOR UNSEALING INDICTMENT |

On March 17, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: March 21, 2011          BENJAMIN B. WAGNER
                               United States Attorney


                               By:/s/ Kyle F. Reardon
                                  KYLE F. REARDON
                                  Assistant U.S. Attorney

                               <u>ORDER</u>
SO ORDERED:
                                /s/ Gregory G. Hollows
DATED: March 21, 2011          _____
                               HON. GREGORY G. HOLLOWS
                               U.S. Magistrate Judge

1