```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

FILED

MAR 25 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:11-CR-00131 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) Order Re: Request to Seal Documents |
| MARK ALLEN CLINE, | ) |
| Defendant. | ) |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Government Brief in Support of Defendant's Continued Detention Pursuant to 18 U.S.C. § 3142(e)(3)(E) along with the sealing documents in the above-captioned proceeding

///
///
///
///
///
///

1

shall be filed <u>in camera</u> and under seal and shall not be disclosed to any person other than the defendant and his counsel and the pretrial services officer unless otherwise ordered by this Court.

Date: March 25, 2011

GREGORY G. HOLLOWS
United States District Judge