IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    2:11-cr-00131-GEB
           Plaintiff,            )
                                 )
     v.                          )    ORDER
                                 )
MARK ALLEN CLINE,                )
                                 )
           Defendant.            )
_____ )
```

The Magistrate Judge previously granted the Government's request to seal ECF Nos. 11, 12, and 13. However, since the Government's request to seal these documents appears over-broad, no later than 4:00 p.m. on April 7, 2011, the Government shall either file a redacted version of each document, state that a document can be filed on the public docket, or provide further written justification for sealing any of the referenced documents it desires to keep sealed.

Dated:  April 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1