1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11 CR 00131 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | ) |
| MARK ALLEN CLINE, | ) |
| Defendant | ) |

The parties agree that time beginning June 3, 2011 and extending through July 8, 201` should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to obtain additional discovery from the Government.

The parties further request that this matter be taken off the June 3, 2011, calendar and be rescheduled to July 8, 2011 at 9:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date:   6-2-11                                           By:  /s/ Danny D. Brace, Jr.,
                                                              DANNY D. BRACE, JR.,
                                                              Attorney for
                                                              Mark Allen Cline


Date:   6-2-11                                           By:/s/ Kyle Reardon
                                                              Authorized to sign for Mr. Reardon
                                                              On June 2, 2011
                                                              KYLE REARDON
                                                              Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:**

**Date: 6/2/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIP AND ORDER TO EXTEND TIME - 2