DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MARK ALLEN CLINE,<br><br>          Defendant | Case No.: 2:11 CR 00131 GEB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning July 8, 2011 and extending through August 12, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to obtain additional discovery from the Government.

The parties further request that this matter be taken off the July 8, 2011, calendar and be rescheduled to August 12, 2011 at 9:00 a.m..

Respectfully submitted,

Date:   7-6-11                                   By:   /s/ Danny D. Brace, Jr.,
                                                       DANNY D. BRACE, JR.,
                                                       Attorney for
                                                       Mark Allen Cline

Date:   7-6-11                                   By:/s/ Kyle Reardon
                                                       Authorized to sign for Mr. Reardon
                                                       On July 6, 2011
                                                       KYLE REARDON
                                                       Assistant U.S. Attorney

**IT IS SO ORDERED:**

**Date:  7/7/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIP AND ORDER TO EXTEND TIME - 2