1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Mark Allen Cline

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,        )  Case No.: 2:11 CR 00131 GEB
                                    )
                                    )  STIPULATION AND ORDER TO EXTEND
10            Plaintiff,            )  TIME FOR HEARING AND TO EXCLUDE
                                    )  TIME
11       vs.                       )
                                    )
12 MARK ALLEN CLINE,               )
                                    )
13            Defendant            )

14      The parties agree that time beginning August 12, 2011 and extending through September

15 16, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and

16 T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so

17 that counsel for the defendant may have reasonable time necessary for effective preparation,

18 taking into account the exercise of due diligence, and so that the defendant may have continuity

19 of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

20 justice served by granting this continuance outweigh the best interests of the public and the

21 defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

22      More time is needed to review recently obtained additional discovery from the

23 Government.  Also, a plea agreement is being prepared based on this discovery.  Additionally,

24 counsel for Defendant is currently in trial until approximately September 27, 2011 in Sacramento

25 County Superior Court, Department 28, in People v. James Carlton.

1    The parties further request that this matter be taken off the September 16, 2011, calendar

2  and be rescheduled to October 14, 2011 at 9:00 a.m..

3

4

5                                Respectfully submitted,

6

    Date:   9-13-11                              By:  /s/ Danny D. Brace, Jr.,
7                                                 DANNY D. BRACE, JR.,
                                                  Attorney for
8                                                 Mark Allen Cline

9

10
    Date:   9-13-11                              By:/s/ Kyle Reardon
11                                                Authorized to sign for Mr. Reardon
                                                  On September 13, 2011
12                                                KYLE REARDON
                                                  Assistant U.S. Attorney
13

14

15  **IT IS SO ORDERED:**
    **Dated:  September 14, 2011**
16

17
    _____
18  GARLAND E. BURRELL, JR.
    United States District Judge
19

20

21

22

23

24

25