DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:11 CR 00131 GEB |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND |
| | ) TIME FOR HEARING AND TO EXCLUDE |
| vs. | ) TIME |
| | ) |
| MARK ALLEN CLINE, | ) |
| | ) |
| Defendant | ) |

The parties agree that time beginning October 14, 2011 and extending through November 18, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to review recently obtained additional discovery from the Government.  Counsel for defendant has been in Trial.  Also, a plea agreement has been prepared based on this discovery.

STIP AND ORDER TO EXTEND TIME - 1

1    The parties further request that this matter be taken off the October 14, 2011, calendar

2    and be rescheduled to November 18, 2011 at 9:00 a.m..

3

4

5                              Respectfully submitted,

6

Date:   10-11-11                              By:  /s/ Danny D. Brace, Jr.,
7                                             DANNY D. BRACE, JR.,
                                              Attorney for
8                                             Mark Allen Cline

9

10   Date:   10-11-11                         By:/s/ Kyle Reardon
                                              Authorized to sign for Mr. Reardon
11                                            On October 11, 2011
                                              KYLE REARDON
12                                            Assistant U.S. Attorney

13

14

**IT IS SO ORDERED:**
15

16

**DATED: October 12, 2011**
17
                                             _____
     GARLAND E. BURRELL, JR.
18   United States District Judge

19

20

21

22

23

24

25

STIP AND ORDER TO EXTEND TIME - 2