1  DANNY D. BRACE, JR., #114466
   LAW OFFICE OF DANNY D. BRACE, JR.
   901 H Street, Suite 500
2  Sacramento, CA  95814
   (916) 552-6660
3  Fax:  (916) 447-0592

4  Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11 CR 00131 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | ) |
| MARK ALLEN CLINE, | ) |
| Defendant | ) |

The parties agree that time beginning January 27, 2012 and extending through March 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to thoroughly review all discovery from the Government by a qualified expert, which has now begun.  Counsel for defendant has also been in four trials since October 14, 2011

The parties further request that this matter be taken off the January 27, 201, calendar and be rescheduled to March 23, 2012 at 9:00 a.m..

Respectfully submitted,

Date:   1-26-12                                             By:  /s/ Danny D. Brace, Jr.,
                                                            DANNY D. BRACE, JR.,
                                                            Attorney for
                                                            Mark Allen Cline

Date:   1-26-12                                             By:/s/ Kyle Reardon
                                                            Authorized to sign for Mr. Reardon
                                                            On January 26, 2012
                                                            KYLE REARDON
                                                            Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:**

**Date:  1/26/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge