DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Mark Allen Cline

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>MARK ALLEN CLINE,<br><br>             Defendant | Case No.: 2:11 CR 00131 GEB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning April 27, 2012 and extending through May 18, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

More time is needed to thoroughly review all discovery from the Government by a qualified expert in child pornography.  The parties further request that this matter be taken off the April 27, 2012 calendar and be rescheduled to May 18, 2012 at 9:00 a.m..

Respectfully submitted,

Date:  4-26-12                                        By:  /s/ Danny D. Brace, Jr.,
                                                                DANNY D. BRACE, JR.,
                                                                 Attorney for
                                                                 Mark Allen Cline

Date:  4-26-12                                        By:/s/ Kyle Reardon
                                                                Authorized to sign for Mr. Reardon
                                                                On April 26, 2012
                                                                KYLE REARDON
                                                                Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:**

**Date:  4/26/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge