BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN CLINE,<br><br>Defendant. | CASE NO.  2:11-CR-00131 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 18, 2013, UNTIL FEBRUARY 15, 2013** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 18, 2013.

2. By this stipulation, the defendant now moves to continue the status conference until February 15, 2013, and to exclude time between January 18, 2013, and February 15, 2013 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case

1  includes several hundred pages of discovery.  Included with this discovery is a significant
2  amount of computer evidence.  All of this discovery has been either produced directly to
3  counsel and/or made available for inspection and copying.
4      b.    Counsel for defendant has retained an expert computer forensic analyst.  The
5  defense forensic expert has performed his analysis of the defendant's computer evidence.
6  Additional time is necessary to review the results of his examination.
7      c.    Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny him the reasonable time necessary for effective preparation,
9  taking into account the exercise of due diligence.
10     d.    The government does not object to the continuance.
11     e.    Based on the above-stated findings, the ends of justice served by continuing
12 the case as requested outweigh the interest of the public and the defendant in a trial
13 within the original date prescribed by the Speedy Trial Act.
14     f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §
15 3161, et seq., within which trial must commence, the time period of January 18, 2013 to
16 February 15, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),
17 B(iv) [Local Code T4] because it results from a continuance granted by the Court at
18 defendant's request on the basis of the Court's finding that the ends of justice served by
19 taking such action outweigh the best interest of the public and the defendant in a speedy
20 trial.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 17, 2013                    Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                By:
                                    */s/ Kyle Reardon*
                                    KYLE REARDON
                                    Assistant U.S. Attorney

Dated: January 17, 2013                    */s/ Kyle Reardon* for
                                            DAN BRACE
                                            Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>     Plaintiff,<br><br>  v.<br><br>MARK ALLEN CLINE,<br><br>     Defendant. | CASE NO.  2:11-CR-00131 GEB<br><br>**ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 18, 2013, UNTIL FEBRUARY 15, 2013** |

The parties' stipulation is approved and so ordered.  The time beginning January 18, 2013, until February 15, 2013, is excluded from the calculation of time under the Speedy Trial Act.  For the reasons contained in the parties' stipulation, this exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**Date:  1/17/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge