Law Office of

# DANNY D. BRACE, JR.

901 H Street, Suite 500
Sacramento, CA 95814

**(916) 552-6660**
*fax (916) 447-0592*
*email dbrace@bracelaw.com*
*sharon@bracelaw.com*

---

May 15, 2014

## MEMORANDUM

To: The Honorable Troy L. Nunley

From:  Danny D. Brace, Jr.,
Attorney for Mark Allen Cline

Subject:  United States v. Mark Allen Cline
         2:11-CR-00131 TLN

    This Memorandum is notice that defense counsel will be requesting a continuance of Defendant's Sentencing currently scheduled for May 29, 2014 at 9:30 a.m.

    This request is based on counsel's inability to object to the proposed Presentence Investigative Report prepared by Paul Mamaril with US Probation. I was in trial in Sutter County and out of my office for over a week and was unable to consult with my client and our court authorized sentencing consultant regarding his research and review.

    Based on the above, we request that defendant Mark Cline's sentencing be rescheduled to July 24, 2014 at 9:30 a.m. and that the hearing scheduled for May 29,

2014 be taken off calendar and that the court adopt the following sentencing schedule changes:

The proposed Presentence Report shall be disclosed to counsel no later than June 12, 2014;

Counsel's written objections shall be delivered to the Probation Officer and opposing counsel no later than June 26, 2014;

The Presentence Report shall be filed with the Court and disclosed to counsel no later than July 3, 2014;

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than July 10, 2014;

Reply, or Statement of Non-Opposition, July 17, 2014; and,

Judgment and Sentencing Date, July 24, 2014.

Assistant United States Attorney Kyle Reardon and United States Probation Officer Paul Mamaril are in agreement with this request.

IT IS SO ORDERED:

Dated: May 16, 2014

_____
Troy L. Nunley
United States District Judge