BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK ALLEN CLINE,<br><br>　　　　Defendant. | CASE NO.  2:11-CR-00131 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM JULY 24, 2014, UNTIL AUGUST 7, 2014** |

### STIPULATION

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for judgment and sentencing on July 24, 2014.

　　　2.　　By this stipulation, the parties now move to continue the judgment and sentencing until August 7, 2014, at 9:30 a.m..

///

///

///

///

3. The parties agree and stipulate, and request that the Court adopt the following schedule:

|  | **Old Date** | **New Date** |
|---|---|---|
| Formal Objections to PSR | July 10, 2014 | July 24, 2014 |
| Reply or Statement of Non-opposition / Sentencing Memorandum | July 17, 2014 | July 31, 2014 |
| Judgment and Sentencing | July 24, 2014 | August 7, 2014 |

IT IS SO STIPULATED.

Dated: July 17, 2014					Respectfully Submitted,

							BENJAMIN B. WAGNER
							United States Attorney

					By:
							*/s/ Kyle Reardon*
							KYLE REARDON
							Assistant U.S. Attorney


Dated: July 17, 2014					*/s/ Kyle Reardon* for
							DAN BRACE
							Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK ALLEN CLINE,<br><br>    Defendant. | CASE NO.  2:11-CR-00131 TLN<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING FROM JULY 24, 2014, UNTIL AUGUST 7, 2014** |

The parties' stipulation and proposed schedule is approved and so ordered.  The judgment and sentencing currently set for July 24, 2014, at 9:30 a.m., is continued to August 7, 2014, at 9:30 a.m.

Dated:  July 17, 2014

_____
Troy L. Nunley
United States District Judge