BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ALLEN CLINE,<br><br>Defendant. | CASE NO.  2:11-CR-0131 TLN<br><br>**ORDER GRANTING GOVERNMENT'S APPLICATION FOR *IN CAMERA* REVIEW OF EXHIBIT A-1 THROUGH A-8 TO GOVERNMENT'S SENTENCING MEMORADUM** |

The United States' application for *in camera* review of Exhibit A-1 through A-8 to the Government's Sentencing Memorandum is hereby granted.  The United States shall deliver to the Court a sealed copy of Exhibits A-1 through A-8.  Upon completion of the Court's examination of Exhibit 1, the CD and computer will be returned to the United States.  A copy of Exhibits A-1 through A-8 will be maintained in the United States Attorney's file.

Approved and so ordered.

Dated: July 31, 2014

_____
Troy L. Nunley
United States District Judge