# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Person Under Supervision:**   Mark Allen Cline     **Docket Number:**     0972 2:11CR00131-001

**Name of Judicial Officer**:   United States District Judge Troy L. Nunley

**Date of Original Sentence:**   2/12/2015

**Original Offense:** 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography (CLASS C FELONY).

**Original Sentence:** 70 months custody of the Bureau of Prisons; 180 months TSR; No Firearms; DNA Collection; $100 Special Assessment.

**Special Conditions:**

1. Financial Disclosure
2. Outpatient Drug/Alcohol Treatment
3. Drug/Alcohol Testing
4. Abstain from Alcohol
5. Outpatient Mental Health Treatment
6. Aftercare Co-payment
7. Search Condition
8. No On-Line Access
9. No Contact w/All Minors
10. Computer Inspection
11. No Pornography
12. Sex Offender Counseling

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   4/15/2016

**Other Court Actions:** None.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

13. You must attend, cooperate with, and actively participate in a sex offender treatment and therapy program [which may include, but is not limited to, risk assessment, polygraph examination, and/or Visual Reaction Treatment]. The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

14. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

**Justification:**

In order for our agency to continue to monitor compliance of supervision and treatment program, it is respectfully requested that the Court modify the conditions of release in this case as recommended. The corrected treatment condition allows for polygraph and testing techniques to be utilized in conjunction with treatment services, and the stand-alone polygraph condition would permit officers to request polygraph examinations for clients who may no longer be receiving treatment services. The offender has agreed to the modification as requested and signed a *Waiver of Hearing to Modify Conditions Of Probation/Supervised Release or Extend Term of Supervision*.

Respectfully submitted,

**Wendy E. Reyes**
**Senior United States Probation Officer**
Telephone: 916-531-2185

**DATED:**   **December 1, 2022**

Reviewed by,

**Ronnie Preap**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

X  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**DATED: December 5, 2022**

_____
Troy L. Nunley
United States District Judge

CC:

United States Probation

Assistant United States Attorney: Justin Lee

Defense Counsel: To Be Assigned